UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rosemary D. Pierce

   v.                                                  Case No. 22-cv-147-JL

Concord Police Department, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 19, 2022.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: August 9, 2022

cc:    Rosemary D. Pierce, pro se